No. 11-5202. Jason Lopez, Petitioner v. Daniel Martuscello, Superintendent, Coxsackie Correctional Facility.

565 U.S. 895, 132 S. Ct. 281, 181 L. Ed. 2d 168, 2011 U.S. LEXIS 5481.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-5203. Darius Jackson, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.

565 U.S. 895, 132 S. Ct. 281, 181 L. Ed. 2d 168, 2011 U.S. LEXIS 5475.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-5205. Steven M. Loustau, Petitioner v. California.

565 U.S. 895, 132 S. Ct. 281, 181 L. Ed. 2d 168, 2011 U.S. LEXIS 5741.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

No. 11-5206. Luis Guzman, Petitioner v. Harley G. Lappin, Director, Federal Bureau of Prisons, et al.

565 U.S. 895, 132 S. Ct. 281, 181 L. Ed. 2d 168, 2011 U.S. LEXIS 5595.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-5207. Gregory McClellan, Petitioner v. John Marshall, et al.

565 U.S. 895, 132 S. Ct. 282, 181 L. Ed. 2d 168, 2011 U.S. LEXIS 5586.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5208. Efrain Hidalgo, Sr., Petitioner v. Raymond J. Sobina, Superintendent, State Correctional Institution at Albion, et al.

565 U.S. 895, 132 S. Ct. 282, 181 L. Ed. 2d 168, 2011 U.S. LEXIS 5423.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-5209. Nakie Harris, Petitioner v. United States.

565 U.S. 895, 132 S. Ct. 282, 181 L. Ed. 2d 168, 2011 U.S. LEXIS 5504.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 402 Fed. Appx. 767.

No. 11-5213. Joan Stinson, Petitioner v. Nebraska Furniture Mart.

565 U.S. 895, 132 S. Ct. 282, 181 L. Ed. 2d 168, 2011 U.S. LEXIS 5510.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Nebraska denied.